UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT HAMBLEN, and individual, and LESLIE R. BAKKE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>HARTFORD FINANCIAL SERVICES GROUP AND HARTFORD INSURANCE COMPANY OF THE MIDWEST, Does 1-10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-01098-GMN-EJY<br><br>**ORDER** |

Before the Court is Plaintiff Leslie R. Baake's Motion for Permission to File Electronically (ECF No. 7).  Ms. Baake, appearing pro per, requests permission to file electronically in the Court's CM/ECF filing system.  The Court grants Ms. Baake's request under Local Rule IC 2-1(b), which states that a "pro se litigant may request the court's authorization to register as a filer in a specific case."

Accordingly, IT IS HEREBY ORDERED that Plaintiff Leslie R. Baake's Motion for Permission to File Electronically (ECF No. 7) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff Leslie R. Baake must submit the Consent for Electronic Service of Documents on or before **August 31, 2023** to the Clerk of Court.

IT IS FURTHER ORDERED that the Clerk of Court must send Plaintiff Leslie R. Baake the form Consent for Electronic Service of Documents and instructions for the same.  Plaintiff is not authorized to file electronically until the Consent form is submitted within the time frame specified above.  Upon timely submitting the Consent form, Plaintiff must contact CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

Dated this 1st day of August, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1