WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Stephanie Garabedian, Esq.
Nevada Bar No. 9612
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(949) 477-5050; Fax: (702) 946-1345
dbrenner@wrightlegal.net
sgarabedian@wrightlegal.net
*Attorneys for Defendant, Hartford Insurance Company of the Midwest*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT HAMBLEN, an individual, and LESLIE R BAKKE, an individual,<br><br>  Plaintiffs,<br><br>  vs.<br><br>HARTFORD FINANCIAL SERVICES GROUP and HARTFORD INSURANCE COMPANY OF THE MIDWEST, Does 1 through 10, inclusive,<br><br>  Defendants. | Case No.:   2:23-cv-01098-GMN-EJY<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO EXTEND TIME FOR DEFENDANT HARTFORD FINANCIAL SERVICES GROUP TO RESPOND TO PLAINTIFFS' COMPLAINT** |

Defendants, Hartford Insurance Company of the Midwest ("Midwest") and The Hartford Financial Services Group, Inc. (incorrectly named as Hartford Financial Services Group, and hereinafter referred to as "HFSG"), by and through their counsel of record, Darren T. Brenner, Esq., and Stephanie Garabedian, Esq., of Wright, Finlay & Zak, LLP, and Plaintiffs Robert Hamblen and Leslie R Bakke ("Plaintiffs"), hereby agree and stipulate as follows.

1. On July 28, 2023, Plaintiffs served a copy of the Complaint and Summons upon HFSG;

2. The current deadline to respond to Plaintiffs' Complaint is August 18, 2023;

3. The parties are discussing the terms of a dismissal of HFSG, but need additional time to finalize those terms. Accordingly, the parties stipulate and agree that HFSG may have an

1  additional fourteen (14) days to file its response to Plaintiffs' Complaint, and thus requests up to
2  September 1, 2023, to file its response;
3      4.    This is the first request for an extension which is made in good faith to avoid the
4  costs of HFGS's response to the Complaint that would be mooted by an agreement to dismiss
5  HFSG.
6      **IT IS SO STIPULATED.**

Dated this 18th day of August, 2023.    Dated this 18th day of August, 2023.

WRIGHT, FINLAY & ZAK, LLP    SIDRAN LAW GROUP

/s/ Darren T. Brenner    /s/ David R. Sidran

Darren T. Brenner, Esq.    David R. Sidran, Esq.
Nevada Bar No. 8386    Nevada Bar No. 7517
Stephanie Garabedian, Esq.    7251 West Lake Mead Blvd, Suite 300
Nevada Bar No. 9612    Las Vegas, NV 89128
7785 W. Sahara Ave., Suite 200    *Attorneys for Plaintiffs Robert Hamblen*
Las Vegas, NV 89117    *and Leslie R. Bakke*
*Attorneys for Defendants, Hartford*
*Insurance Company of the Midwest*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 21, 2023