WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Stephanie Garabedian, Esq.
Nevada Bar No. 9612
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(949) 477-5050; Fax: (702) 946-1345
dbrenner@wrightlegal.net
sgarabedian@wrightlegal.net
*Attorneys for Defendant, Hartford Insurance Company of the Midwest*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT HAMBLEN, an individual, and LESLIE R BAKKE, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>HARTFORD FINANCIAL SERVICES GROUP and HARTFORD INSURANCE COMPANY OF THE MIDWEST, Does 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-01098-GMN-EJY<br><br>**STIPULATION AND PROPOSED ORDER FOR DISMISSAL OF DEFENDANT THE HARTFORD FINANCIAL SERVICES GROUP, INC. (incorrectly named as HARTFORD FINANCIAL SERVICES GROUP) WITH PREJUDICE** |

Defendants, Hartford Insurance Company of the Midwest ("Midwest") and The Hartford Financial Services Group, Inc. (incorrectly named as Hartford Financial Services Group), by and through their counsel of record, Darren T. Brenner, Esq., and Stephanie Garabedian, Esq., of Wright, Finlay & Zak, LLP, and Plaintiffs Robert Hamblen and Leslie R Bakke ("Plaintiffs"), by and through their counsel of record, David R. Sidran, Esq. of Sidran Law Group, hereby stipulate to dismiss Defendant The Hartford Financial Group Services, Inc. (incorrectly named as Hartford Financial Services Group) with prejudice pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure.  Each party shall bear its own attorneys' fees and costs.

…

…

Defendant Hartford Insurance Company of the Midwest stipulates that it bears full and complete liability and financial responsibility for payment of any and all benefits that may be determined or adjudicated to be owed to Plaintiffs under the Hartford Insurance Company of the Midwest Personal Umbrella Liability Policy No. 55PHT987121 in the above-captioned matter.

**IT IS SO STIPULATED.**

Dated this 21st day of August, 2023.                Dated this 21st day of August, 2023.

WRIGHT, FINLAY & ZAK, LLP                          SIDRAN LAW GROUP

*/s/ Darren T. Brenner*                                       */s/ David R. Sidran*
Darren T. Brenner, Esq.                                    David R. Sidran, Esq.
Nevada Bar No. 8386                                        Nevada Bar No. 7517
Stephanie Garabedian, Esq.                                 7251 West Lake Mead Blvd, Suite 300
Nevada Bar No. 9612                                        Las Vegas, NV 89128
7785 W. Sahara Ave., Suite 200                             *Attorneys for Plaintiffs Robert Hamblen*
Las Vegas, NV 89117                                        *and Leslie R. Bakke*
*Attorneys for Defendants, Hartford*
*Insurance Company of the Midwest*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: August 25, 2023