DAVID R. SIDRAN, ESQ.
Nevada Bar No. 7517
SIDRAN LAW CORP
7251 West Lake Mead Boulevard, Suite 300
Las Vegas, Nevada 89128
Phone/Facsimile: (702) 551-2015
Attorney for Plaintiffs, ROBERT HAMBLEN
 and LESLIE R. BAKKE

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT HAMBLEN, an individual, and LESLIE R. BAKKE, an individual<br><br>Plaintiffs,<br>v.<br><br>HARTFORD FINANCIAL SERVICES GROUP and HARTFORD INSURANCE COMPANY OF THE MIDWEST, Does 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-01098-GMN-EJY<br><br>**STIPULATION AND ORDER RE:**<br><br>**1.PLAINTIFF ROBERT HAMBLEN'S DISMISSAL OF COMPLAINT WITH PREJUDICE;**<br><br>**2. PLAINTIFF, LESLIE BAKKE'S FIRST AMENDED COMPLAINT; AND**<br><br>**3. WITHDRAWAL OF DEFENDANT HARTFORD INSURANCE COMPANY OF THE MDIWEST'S PENDING MOTIONS TO DISMISS [ECF NOs. 5 AND 6]** |

Defendants, Hartford Insurance Company of the Midwest ("Midwest") and The Hartford Financial Services Group, Inc. (incorrectly named as Hartford Financial Services Group), by and through their counsel of record, Darren T. Brenner, Esq., and Stephanie Garabedian, Esq., of Wright, Finlay & Zak, LLP, and Plaintiffs Robert Hamblen and Leslie R Bakke ("Plaintiffs"), by and through their counsel of record, David R. Sidran, Esq. of Sidran Law Group, hereby stipulate to the following:

WHEREAS, Plaintiffs, ROBERT HAMBLEN and LESLIE BAKKE, filed their pro se Complaint in the Eighth Judicial District Court, Case No. A-23-871428-C on May 27, 2023;

1  WHEREAS, Defendant, HARTFORD INSURANCE COMPANY OF THE MIDWEST filed its Notice of Petition for Removal of Case No. A-23-871428-C to the United States District Court for the District of Nevada on July 14, 2023;

WHEREAS, the United States District Court issued its Minute Order removing the case to Federal Court on July 17, 2023 whereafter it was assigned Case No. 2:23-cv-01098-GMN-EJY;

WHEREAS, Defendant filed separate Motions to Dismiss the Complaint as against each Plaintiffs on July 21, 2023, Plaintiffs filed Oppositions thereto on August 1, 2023 and Defendant filed Reply Briefs on August 8, 2023;

WHEREAS, Plaintiff Bakke has asked for permission to file an amended complaint, and Plaintiff Hamblen has agreed to dismiss his claims, with prejudice.

**IT IS HEREBY AGREED AND STIPULATED BY AND BETWEEN PLAINTIFFS AND DEFENDANT AS FOLLOWS:**

1. Plaintiff Leslie Bakke has fourteen (14) days to file a First Amended Complaint upon the Court's Order granting this Stipulation and in exchange;

2. The Amended Complaint will only include claims by Bakke against Midwest. Claims against The Hartford Financial Services Group, Inc. ("HFSG") have been addressed by separate stipulation (ECF No. 17) and will not be replead in the Amended Complaint;

3. Plaintiff Hamblen agrees to drop all claims, with prejudice, and therefore Hamblen will not be named as a Plaintiff in Bakke's Amended Complaint; and

4. Midwest withdraws its pending Motions to Dismiss as Moot given the stipulations above. [ECF Nos. 5 and 6].

**IT IS SO STIPULATED:**

Dated this 22nd day of August, 2023.

Dated this 22nd day of August, 2023.

| WRIGHT, FINLAY & ZAK, LLP | SIDRAN LAW GROUP |
|---|---|
| */s/ Darren T. Brenner* | */s/ David R. Sidran* |
| Darren T. Brenner, Esq.<br>Nevada Bar No. 8386<br>Stephanie Garabedian, Esq.<br>Nevada Bar No. 9612<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Defendants, Hartford Insurance Company of the Midwest* | David R. Sidran, Esq.<br>Nevada Bar No. 7517<br>7251 West Lake Mead Blvd, Suite 300<br>Las Vegas, NV 89128<br>*Attorneys for Plaintiffs Robert Hamblen and Leslie R. Bakke* |

**IN CONSIDERATION OF THE ABOVE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED AS FOLLOWS:**

1. Defendant's pending Motions to Dismiss the Complaint as to Plaintiffs, ROBERT HAMBLEN and LESLIE BAKKE [ECF Nos. 5 and 6] are hereby deemed withdrawn;

2. The Complaint is hereby dismissed with prejudice as to Plaintiff, ROBERT HAMBLEN only; and

3. Leave of court is hereby granted for Plaintiff, LESLIE BAKKE to file her First Amended Complaint within fourteen (14) days of entry of this order.

UNITED STATES DISTRICT JUDGE

DATED: August 25, 2023