WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Stephanie Garabedian, Esq.
Nevada Bar No. 9612
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(949) 477-5050; Fax: (702) 946-1345
dbrenner@wrightlegal.net
sgarabedian@wrightlegal.net
*Attorneys for Defendant, Hartford Insurance Company of the Midwest*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LESLIE R. BAKKE, AN INDIVIDUAL,<br><br>Plaintiffs,<br><br>vs.<br><br>HARTFORD INSURANCE COMPANY OF THE MIDWEST, DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | Case No.: 2:23-cv-01098-GMN-EJY<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

Defendant Hartford Insurance Company of the Midwest ("Hartford"), and Plaintiff, Leslie Bakke ("Bakke" or "Plaintiff"), by and through their undersigned counsel of record, hereby submit the following Stipulation to Extend Time to Respond to Plaintiff's First Amended Complaint as follows:

WHEREAS, on May 27, 2023, Ms. Bakke, along with dismissed plaintiff, Robert Hamblen ("Hamblen"), filed her Complaint in the Eighth Judicial District Court, Case No. A-23-871428-C [ECF No. 1-1];

WHEREAS, on July 14, 2023, Hartford filed a Petition for Removal to this Court [ECF No. 1];

WHEREAS, Bakke filed her First Amended Complaint on September 8, 2023 [ECF No. 21];

1

1  WHEREAS, pursuant to FRCP Rule 15(a)(3), the deadline for Hartford to respond to Plaintiff's First Amended Complaint is 14 days after service, or September 22, 2023; and

WHEREAS, Hartford's counsel conferred with Plaintiff's counsel regarding an extension of the deadline by two weeks while Hartford reviews the new allegations raised by Bakke and how to respond to them; Wherefore,

IT IS HEREBY STIPULATED that Hartford shall be allowed an additional two weeks to file its responsive pleading with the new deadline being October 6, 2023. This is the first request for an extension which is made in good faith and not for purposes of delay.

IT IS SO STIPULATED.

DATED this 21st day of September, 2023.

WRIGHT, FINLAY & ZAK, LLP

/s/ Stephanie Garabedian
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Stephanie Garabedian, Esq.
Nevada Bar No. 9612
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Defendant, Hartford Insurance Company of the Midwest*

DATED this 21st day of September, 2023.

SIDRAN LAW CORP

/s/ David R. Sidran
David R. Sidran, Esq.
Nevada Bar No. 7517
7251 West Lake Mead Boulevard, Suite 300
Las Vegas, Nevada 89128
*Attorney for Plaintiff, Linda Bakke*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   September 21, 2023