DAVID R. SIDRAN, ESQ.
Nevada Bar No. 7517
SIDRAN LAW CORP
7251 West Lake Mead Boulevard, Suite 300
Las Vegas, Nevada 89128
Phone/Facsimile: (702) 551-2015
Attorney for Plaintiff, LESLIE R. BAKKE

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LESLIE R. BAKKE, an individual<br><br>Plaintiffs,<br>v.<br><br>HARTFORD INSURANCE COMPANY OF THE MIDWEST, Does 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-01098-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND THE CLOSE OF DISCOVERY, DISPOSITIVE MOTIONS DEADLINE, AND JOINT PRETRIAL ORDER DEADLINE FIRST REQUEST** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Leslie R. Bakke, through her counsel of record, the law firm of Sidran Law Corp and Defendant Hartford Insurance Company of the Midwest, through its counsel of record, the law firm of WRIGHT, FINLAY & ZAK, LLP, that the discovery deadlines in this matter shall be extended ninety (90) days pursuant to LR 26-3. This is the parties' first request for an extension of the discovery deadlines. The parties set forth the following information in support of their stipulation.

## I.

## DISCOVERY COMPLETED TO DATE

A. **FRCP 26(a) Disclosures and Supplements**

| Title | Date Served |
|---|---|
| Plaintiff's Initial Disclosure of Documents and Witnesses Pursuant to FRCP 26(a)(1) | September 28, 2023 |
| Hartford Insurance Company of the Midwest's Initial Disclosure of Witnesses and Documents Pursuant to Fed. R. Civ. P. Rule 26.1(a)(1) | September 14, 2023 |
| Hartford Insurance Company of the Midwest's First Supplemental | January 30, 2024 |

| | Disclosure of Witnesses and Documents Pursuant to FED. R. CIV. P. RULE 26.1(a)(1) | |

### B. Written Discovery

| Title | Date Served |
|---|---|
| Hartford Insurance Company of the Midwest's First Set of Interrogatories to Plaintiff | October 6, 2023 |
| Hartford Insurance Company of the Midwest's First Set of Requests for Admissions to Plaintiff | October 6, 2023 |
| Hartford Insurance Company of the Midwest's First Set of Requests for Production of Documents to Plaintiff | October 6, 2023 |
| Plaintiff's Responses to Hartford Insurance Company of the Midwest's First Set of Requests for Production of Documents to Plaintiff | December 22, 2023 |
| Plaintiff's Responses to Hartford Insurance Company of the Midwest's First Set of Requests for Admissions to Plaintiff | December 22, 2023 |
| Plaintiff's Responses to Hartford Insurance Company of the Midwest's First Set of Interrogatories to Plaintiff | December 22, 2023 |

### C. Depositions

| Deponent | Date |
|---|---|
| Plaintiff Leslie Bakke | January 31, 2024 |

### D. Subpoenas Issued

| | |
|---|---|
| ATI Physical Therapy | January 5, 2024 |
| Cornerstone Family Practice | January 5, 2024 |
| Innovative Pain Care Center | January 5, 2024 |
| Las Vegas Neurology | January 5, 2024 |
| Brian E. Lee, MD | January 5, 2024 |
| Mariam A. Marvasti, MD | January 5, 2024 |
| Moehrle Clinic | January 5, 2024 |
| Dr. John Moehrle | January 5, 2024 |
| Neurology Center of Nevada | January 5, 2024 |
| PBS Anesthesia | January 5, 2024 |
| SimonMed Imaging | January 5, 2024 |
| Stanford Health Care | January 5, 2024 |
| Steinberg Diagnostic Medical Imaging | January 5, 2024 |
| Surgical Arts Center | January 5, 2024 |
| Spine & Brain Institute | January 5, 2024 |
| Desert Radiology | January 8, 2024 |
| Henderson Hospital | January 31, 2024 |

## II.

## DISCOVERY TO BE COMPLETED

1. Plaintiff will take the depositions of Defendant's relevant claims handling personnel who were involved in the investigation, evaluation, and handling of her respective uninsured motorist claim.

2. Plaintiff will take the deposition of the FRCP 30(b)(6) witness for Defendant.

3. The parties will produce their initial and rebuttal expert reports.

4. The parties will depose their respective expert witnesses.

5. The parties will engage in additional written discovery and notice any additional depositions.

The parties anticipate that they may need to conduct other forms of discovery not specifically delineated herein on an as-needed basis. Therefore, the list outlined above is in no way intended to be a comprehensive list of the outstanding discovery that remains to be completed.

## III.

## REASONS DISCOVERY WAS NOT COMPLETED WITHIN THE TIME LIMITS AND NEEDS TO BE EXTENDED

"[D]istrict courts . . . retain broad discretion to control their dockets . . . ." *Shahrokhi v. Harter*, No. 2:21-cv-01126-RFB-NJK, 2021 U.S. Dist. LEXIS 247936, at *4 (D. Nev. Dec. 30, 2021). To prevail on a request to extend discovery deadlines, the parties must establish good cause. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 608-09 (9th Cir. 1992). "Good cause to extend a discovery deadline exists if it cannot reasonably be met despite the diligence of the party seeking the extension." *Las Vegas Skydiving Adventures LLC v. Groupon, Inc.*, No. 2:18-cv-02342-APG-VCF, 2020 U.S. Dist. LEXIS 166073, at *6 (D. Nev. Sep. 10, 2020) (internal quotations omitted). For the reasons set forth below, the parties respectfully submit that good cause supports their request for an extension of the close of discovery, dispositive motions deadline and joint pretrial order deadline.

The parties respectfully request an extension of the discovery deadlines in this matter for numerous reasons. The earliest date on which Plaintiff's retained medical expert can conduct a physical examination of Plaintiff is April 29, 2024. This examination is necessary for Plaintiff to produce her initial expert reports. Further, Defendant has encountered unforeseen delays in obtaining Plaintiff's medical records from numerous healthcare providers, including out-of-state records from Stanford Healthcare in California.

## IV.

## ~~PROPOSED~~ SCHEDULE FOR COMPLETING DISCOVERY

|  | **Current Date** | ~~Proposed~~ **Date** |
|---|---|---|
| Amend Pleadings and Add Parties: | March 5, 2024 | June 5, 2024 |
| Initial Expert Disclosures: | April 4, 2024 | July 5, 2024[1] |
| Rebuttal Expert Disclosures: | May 6, 2024 | August 5, 2024 |
| Close of Discovery: | June 3, 2024 | September 5, 2024 |
| Dispositive Motions | July 3, 2024 | October 5, 2024 |
| Joint Pretrial Order | August 2, 2024 | November 5, 2024 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] The actual deadline falls on July 4, 2024, a federal holiday.

1  Based on the foregoing, the parties respectfully request this Court grant their
2  Stipulation and Order to Extend the Close of Discovery, Dispositive Motions Deadline, and
3  Joint Pretrial Order Deadline (First Request).
4  DATED this 8th day of February, 2024.        DATED this 8th day of February, 2024.

By:  /s/ David R. Sidran              By: /s/ Stephanie Garabedian, Esq.
     DAVID R. SIDRAN, ESQ.                 STEPHANIE GARABEDIAN, ESQ.
     Nevada Bar No. 7517                   Nevada Bar No. 9612
     SIDRAN LAW CORP                       WRIGHT, FINLAY & ZAK, LLP
     7251 West Lake Mead Boulevard, #300   7785 West Sahara Avenue, #200
     Las Vegas, Nevada 89128               Las Vegas, NV  89117
     Attorney for Plaintiff, LESLIE R. BAKKE   Attorney for Defendant HARTFORD INSURANCE COMPANY OF THE MIDWEST

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: February 9, 2024