WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Stephanie A. Garabedian, Esq.
Nevada Bar No. 9612
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
(949) 477-5050; Fax: (702) 946-1345
dbrenner@wrightlegal.net
sgarabedian@wrightlegal.net
*Attorneys for Defendant,*
*Hartford Insurance Company of the Midwest*

DAVID R. SIDRAN, ESQ.
Nevada Bar No. 7517
SIDRAN LAW CORP
7251 West Lake Mead Boulevard, Suite 300
Las Vegas, Nevada 89128
Phone/Facsimile: (702) 551-2015
dsidran@sidranlaw.com
eservice@sidranlaw.com
*Attorneys for Plaintiff,*
*Leslie R. Bakke*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| LESLIE R. BAKKE, an individual, ROBERT HANBLEN, an individual<br><br>Plaintiff,<br>v.<br><br>HARTFORD INSURANCE COMPANY OF THE MIDWEST, Does 1 through 10, inclusive,<br><br>Defendant. | Case No.: 2:23-cv-01098-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND THE CLOSE OF DISCOVERY, DISPOSITIVE MOTIONS DEADLINE, AND JOINT PRETRIAL ORDER DEADLINE**<br><br>**FIFTH REQUEST** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Leslie R. Bakke, through her counsel of record, the law firm of Sidran Law Corp and Defendant

Hartford Insurance Company of the Midwest, through its counsel of record, the law firm of WRIGHT, FINLAY & ZAK, LLP, that the discovery deadlines in this matter shall be extended ninety (90) days pursuant to LR 26-3. This is the Parties' fifth request for an extension of the discovery deadlines. The Parties set forth the following information in support of their stipulation.

## I.

## DISCOVERY COMPLETED TO DATE

### A. FRCP 26(a) Disclosures and Supplements

| Title | Date Served |
|---|---|
| Plaintiff's Initial Disclosure of Documents and Witnesses Pursuant to FRCP 26(a)(1) | September 28, 2023 |
| Hartford Insurance Company of the Midwest's Initial Disclosure of Witnesses and Documents Pursuant to FED. R. CIV. P. RULE 26.1(a)(1) | September 14, 2023 |
| Hartford Insurance Company of the Midwest's First Supplemental Disclosure of Witnesses and Documents Pursuant to FED. R. CIV. P. RULE 26.1(a)(1) | January 30, 2024 |
| Hartford Insurance Company of the Midwest's Second Supplemental Disclosure of Witnesses and Documents Pursuant to FED. R. CIV. P. RULE 26.1(a)(1) | May 23, 2024 |
| Hartford Insurance Company of the Midwest's Third Supplemental Disclosure of Witnesses and Documents Pursuant to FED. R. CIV. P. RULE 26.1(a)(1) | September 11, 2024 |
| Hartford Insurance Company of the Midwest's Fourth Supplemental Disclosure of Witnesses and Documents Pursuant to FED. R. CIV. P. RULE 26.1(a)(1) | November 15, 2024 |
| Hartford Insurance Company of the Midwest's Fifth Supplemental Disclosure of Witnesses and Documents Pursuant to FED. R. CIV. P. RULE 26.1(a)(1) | November 7, 2024 |
| Hartford Insurance Company of the Midwest's Initial Disclosure of Expert Witnesses | November 8, 2024 |
| Plaintiff Leslie Bakke's Initial Disclosure of Expert Witnesses | November 8, 2024 |
| Hartford Insurance Company of the Midwest's Rebuttal Expert Witnesses and Reports | December 18, 2024 |
| Plaintiff Leslie Bakke's Rebuttal Disclosure of Expert Witnesses | December 20, 2024 |
| Hartford Insurance Company of the Midwest's Sixth Supplemental Disclosure of Witnesses and Documents Pursuant to FED. R. CIV. P. RULE 26.1(a)(1) | January 29, 2025 |
| Plaintiff's First Supplemental Disclosure of Documents and Witnesses Pursuant to FRCP 26(a)(1) | February 21, 2025 |
| Plaintiff's Second Supplemental Disclosure of Documents and | March 3, 2025 |

| | |
|---|---|
| Witnesses Pursuant to FRCP 26(a)(1) | |

B. **Written Discovery**

| Title | Date Served |
|---|---|
| Hartford Insurance Company of the Midwest's First Set of Interrogatories to Plaintiff | October 6, 2023 |
| Hartford Insurance Company of the Midwest's First Set of Requests for Admissions to Plaintiff | October 6, 2023 |
| Hartford Insurance Company of the Midwest's First Set of Requests for Production of Documents to Plaintiff | October 6, 2023 |
| Plaintiff's Responses to Hartford Insurance Company of the Midwest's First Set of Requests for Production of Documents to Plaintiff | December 22, 2023 |
| Plaintiff's Responses to Hartford Insurance Company of the Midwest's First Set of Requests for Admissions to Plaintiff | December 22, 2023 |
| Plaintiff's Responses to Hartford Insurance Company of the Midwest's First Set of Interrogatories to Plaintiff | December 22, 2023 |
| Plaintiff's First Set of Requests for Production of Documents to Defendant | August 26, 2024 |
| Plaintiff's First Set of Requests for Admissions to Defendant | August 26, 2024 |
| Plaintiff's First Set of Interrogatories to Defendant | August 26, 2024 |
| Defendant's Response to Plaintiff's First Set of Requests for Production of Documents to Defendant | October 15, 2024 |
| Defendant's Response to Plaintiff's First Set of Requests for Admissions to Defendant | October 15, 2024 |
| Defendant's Response to Plaintiff's First Set of Interrogatories to Defendant | October 15, 2024 |
| Defendant's Second Set of Requests for Admissions to Plaintiff | November 20, 2024 |
| Defendant's Second Set of Interrogatories to Plaintiff | November 20, 2024 |
| Defendant's Third Set of Requests for Admissions to Plaintiff | December 5, 2024 |
| Defendant's Third Set of Interrogatories to Plaintiff | December 5, 2024 |
| Bakke's Responses to Defendant's Second Set of Requests for Admissions | January 10, 2025 |
| Bakke's Responses to Defendant's Third Set of Interrogatories | January 10, 2025 |
| Bakke's Responses to Defendant's Third Set of Requests for Production of Documents | January 10, 2025 |

C. **Depositions**

| Deponent | Date |
|---|---|
| Plaintiff Leslie Bakke | January 31, 2024 |
| Robert Hamblen | January 27, 2025 |
| Hartford employee Michelle Burruel | January 30, 2025 |
| Hartford employee Will Shade | January 31, 2025 |

**D. Subpoenas Issued**

| Subpoena | Date |
|---|---|
| Stanford Healthcare | January 4, 2024 |

**E. Expert Disclosure**

| Initial Expert Disclosure | Date |
|---|---|
| Both Sides Served Initial Expert Disclosures | November 8, 2024 |
| Hartford Insurance Company of the Midwest's Rebuttal Expert Witnesses and Reports | December 18, 2024 |
| Plaintiff Leslie Bakke's Rebuttal Disclosure of Expert Witnesses | December 20, 2024 |
| Plaintiff's First Supplemental Disclosure of Documents and Witnesses Pursuant to FRCP 26(a)(1) | February 21, 2025 |

## II.

## DISCOVERY TO BE COMPLETED

1. Plaintiff will take the deposition of the FRCP 30(b)(6) witness for Defendant.

2. Plaintiff will take the deposition of Defendant's medical expert, Dr. Fish.

3. Plaintiff will take the deposition of Defendant's liability expert, Mr. Titus

4. Defendant will take the deposition of Plaintiff's medical expert, Dr. Oliveri.

5. Defendant will take the deposition of Plaintiff's liability expert, Mr. Zalma.

6. Defendant will take the deposition of Plaintiff's treating physicians.

7. The parties will engage in additional written discovery and notice any additional depositions.

The parties anticipate that they may need to conduct other forms of discovery not specifically delineated herein on an as-needed basis. Therefore, the list outlined above is in no way intended to be a comprehensive list of the outstanding discovery that remains to be completed.

# III.
## REASONS DISCOVERY WAS NOT COMPLETED WITHIN THE TIME LIMITS AND NEEDS TO BE EXTENDED

"[D]istrict courts . . . retain broad discretion to control their dockets . . . ." *Shahrokhi v. Harter*, No. 2:21-cv-01126-RFB-NJK, 2021 U.S. Dist. LEXIS 247936, at *4 (D. Nev. Dec. 30, 2021). To prevail on a request to extend discovery deadlines, the parties must establish good cause. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 608-09 (9th Cir. 1992). "Good cause to extend a discovery deadline exists if it cannot reasonably be met despite the diligence of the party seeking the extension." *Las Vegas Skydiving Adventures LLC v. Groupon, Inc.*, No. 2:18-cv-02342-APG-VCF, 2020 U.S. Dist. LEXIS 166073, at *6 (D. Nev. Sep. 10, 2020) (internal quotations omitted). For the reasons set forth below, the parties respectfully submit that good cause supports their request for an extension of the close of discovery, dispositive motions deadline and joint pretrial order deadline.

The parties respectfully request an extension of the discovery deadlines in this matter for several reasons.

1. The parties intend to depose at least five (5) witness as listed above including four (4) experts and several treating providers witnesses necessitating extension of the April 7, 2025 discovery cutoff.

2. The parties intend to participate in a mediation in hopes of resolving the matter without incurring the additional costs of taking expert and doctor depositions.

An extension of the discovery deadlines will preserve the status quo, and will minimize the expense of the Parties' resources and those of the Court until such mediation can be concluded. *Mediterranean Enterprises, Inc. v. Ssangyong Corp.*, 708 F.2d 1458, 1465 (9th Cir. 1983). Additionally, it will prevent the risk of the court needlessly expending its energies to further manage the case when the case may well settle as a result of the parties' own accord at the upcoming mediation. *Sommers v. Cuddy*, 2013 U.S. Dist. LEXIS 12430 (D.Nev. 2013). Discovery should be continued as stipulated between the Parties to allow for a full and

complete effort to mediate this dispute. Moreover, as no trial in this matter has been set, the requested extension of discovery does not require a change to any trial date. The Parties jointly request to extend the stay. Neither Party to this lawsuit will be prejudiced by the extension of the deadlines.

IV.

**PROPOSED SCHEDULE FOR COMPLETING DISCOVERY**

|  | **Current Date** | **Proposed Date** |
|---|---|---|
| Amend Pleadings and Add Parties: | Closed | Closed |
| Initial Expert Disclosures: | Completed | Completed |
| Rebuttal Expert Disclosures: | Completed | Completed |
| Close of Discovery: | April 7, 2025 | July 7, 2025 |
| Dispositive Motions | May 9, 2025 | August 8, 2025 |
| Joint Pretrial Order | May 9, 2025 | August 8, 2025 |

Based on the foregoing, the parties respectfully request this Court grant their Stipulation and Order to Extend the Close of Discovery, Dispositive Motions Deadline, and Joint Pretrial Order Deadline (Fifth Request).

DATED this 7th day of March, 2025.            DATED this 7th day of March, 2025.

By:   /s/ David R. Sidran                              By: /s/ Stephanie Garabedian
      DAVID R. SIDRAN, ESQ.                           STEPHANIE GARABEDIAN, ESQ.
      Nevada Bar No. 7517                             Nevada Bar No. 9612
      SIDRAN LAW CORP                                 WRIGHT, FINLAY & ZAK, LLP
      7251 West Lake Mead Boulevard, #300             8337 W. Sunset Rd., #220
      Las Vegas, Nevada 89128                         Las Vegas, NV  89113
      Attorney for Plaintiff, LESLIE R. BAKKE         Attorney for Defendant HARTFORD
                                                      INSURANCE COMPANY OF THE
                                                      MIDWEST

**ORDER**

**IT IS SO ORDERED.**

Dated this 7th day of March, 2025.

_____
UNITED STATES MAGISTRATE JUDGE