WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Stephanie A. Garabedian, Esq.
Nevada Bar No. 9612
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
(949) 477-5050; Fax: (702) 946-1345
dbrenner@wrightlegal.net
sgarabedian@wrightlegal.net
*Attorneys for Defendant,*
*Hartford Insurance Company of the Midwest*

DAVID R. SIDRAN, ESQ.
Nevada Bar No. 7517
SIDRAN LAW CORP
7251 West Lake Mead Boulevard, Suite 300
Las Vegas, Nevada 89128
Phone/Facsimile: (702) 551-2015
dsidran@sidranlaw.com
eservice@sidranlaw.com
*Attorneys for Plaintiff,*
*Leslie R. Bakke*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LESLIE R. BAKKE, an individual, ROBERT HANBLEN, an individual | Case No.: 2:23-cv-01098-GMN-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND THE CLOSE OF DISCOVERY, DISPOSITIVE MOTIONS DEADLINE, AND JOINT PRETRIAL ORDER DEADLINE** |
| v. | |
| HARTFORD INSURANCE COMPANY OF THE MIDWEST, Does 1 through 10, inclusive, | |
| Defendant. | **SEVENTH REQUEST** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Leslie R.

Bakke, through her counsel of record, the law firm of Sidran Law Corp and Defendant

Hartford Insurance Company of the Midwest, through its counsel of record, the law firm of WRIGHT, FINLAY & ZAK, LLP, that the discovery deadlines in this matter shall be extended ninety-one (91) days pursuant to LR 26-3. This is the Parties' seventh request for an extension of the discovery deadlines. The Parties set forth the following information in support of their stipulation.

## I.

## DISCOVERY COMPLETED TO DATE

### A. FRCP 26(a) Disclosures and Supplements

| Title | Date Served |
|---|---|
| Plaintiff's Initial Disclosure of Documents and Witnesses Pursuant to FRCP 26(a)(1) | September 28, 2023 |
| Hartford Insurance Company of the Midwest's Initial Disclosure of Witnesses and Documents Pursuant to FED. R. CIV. P. RULE 26.1(a)(1) | September 14, 2023 |
| Hartford Insurance Company of the Midwest's First Supplemental Disclosure of Witnesses and Documents Pursuant to FED. R. CIV. P. RULE 26.1(a)(1) | January 30, 2024 |
| Hartford Insurance Company of the Midwest's Second Supplemental Disclosure of Witnesses and Documents Pursuant to FED. R. CIV. P. RULE 26.1(a)(1) | May 23, 2024 |
| Hartford Insurance Company of the Midwest's Third Supplemental Disclosure of Witnesses and Documents Pursuant to FED. R. CIV. P. RULE 26.1(a)(1) | September 11, 2024 |
| Hartford Insurance Company of the Midwest's Fourth Supplemental Disclosure of Witnesses and Documents Pursuant to FED. R. CIV. P. RULE 26.1(a)(1) | November 15, 2024 |
| Hartford Insurance Company of the Midwest's Fifth Supplemental Disclosure of Witnesses and Documents Pursuant to FED. R. CIV. P. RULE 26.1(a)(1) | November 7, 2024 |
| Hartford Insurance Company of the Midwest's Initial Disclosure of Expert Witnesses | November 8, 2024 |
| Plaintiff Leslie Bakke's Initial Disclosure of Expert Witnesses | November 8, 2024 |
| Hartford Insurance Company of the Midwest's Rebuttal Expert Witnesses and Reports | December 18, 2024 |
| Plaintiff Leslie Bakke's Rebuttal Disclosure of Expert Witnesses | December 20, 2024 |
| Hartford Insurance Company of the Midwest's Sixth Supplemental Disclosure of Witnesses and Documents Pursuant to FED. R. CIV. P. RULE 26.1(a)(1) | January 29, 2025 |
| Plaintiff's First Supplemental Disclosure of Documents and Witnesses Pursuant to FRCP 26(a)(1) | February 21, 2025 |
| Plaintiff's Second Supplemental Disclosure of Documents and Witnesses Pursuant to FRCP 26(a)(1) | March 3, 2025 |

**B.  Written Discovery**

| Title | Date Served |
|---|---|
| Hartford Insurance Company of the Midwest's First Set of Interrogatories to Plaintiff | October 6, 2023 |
| Hartford Insurance Company of the Midwest's First Set of Requests for Admissions to Plaintiff | October 6, 2023 |
| Hartford Insurance Company of the Midwest's First Set of Requests for Production of Documents to Plaintiff | October 6, 2023 |
| Plaintiff's Responses to Hartford Insurance Company of the Midwest's First Set of Requests for Production of Documents to Plaintiff | December 22, 2023 |
| Plaintiff's Responses to Hartford Insurance Company of the Midwest's First Set of Requests for Admissions to Plaintiff | December 22, 2023 |
| Plaintiff's Responses to Hartford Insurance Company of the Midwest's First Set of Interrogatories to Plaintiff | December 22, 2023 |
| Plaintiff's First Set of Requests for Production of Documents to Defendant | August 26, 2024 |
| Plaintiff's First Set of Requests for Admissions to Defendant | August 26, 2024 |
| Plaintiff's First Set of Interrogatories to Defendant | August 26, 2024 |
| Defendant's Response to Plaintiff's First Set of Requests for Production of Documents to Defendant | October 15, 2024 |
| Defendant's Response to Plaintiff's First Set of Requests for Admissions to Defendant | October 15, 2024 |
| Defendant's Response to Plaintiff's First Set of Interrogatories to Defendant | October 15, 2024 |
| Defendant's Second Set of Requests for Admissions to Plaintiff | November 20, 2024 |
| Defendant's Second Set of Interrogatories to Plaintiff | November 20, 2024 |
| Defendant's Third Set of Requests for Admissions to Plaintiff | December 5, 2024 |
| Defendant's Third Set of Interrogatories to Plaintiff | December 5, 2024 |
| Bakke's Responses to Defendant's Second Set of Requests for Admissions | January 10, 2025 |
| Bakke's Responses to Defendant's Third Set of Interrogatories | January 10, 2025 |
| Bakke's Responses to Defendant's Third Set of Requests for Production of Documents | January 10, 2025 |

**C. Depositions**

| Deponent | Date |
|---|---|
| Plaintiff Leslie Bakke | January 31, 2024 |
| Robert Hamblen | January 27, 2025 |
| Hartford employee Michelle Burruel | January 30, 2025 |
| Hartford employee Will Shade | January 31, 2025 |

**D. Subpoenas Issued**

| Subpoena | Date |
|---|---|
| Stanford Healthcare | January 4, 2024 |
| Chiropractic Physicians Board of Nevada | May 1, 2025 |
| Nevada Highway Patrol | May 29, 2025 |
| Elite Customs & Collision LLC | May 31, 2025 |
| Sudden Impact Auto Body Collision Repair, Inc. | May 31, 2025 |

**E. Expert Disclosure**

| Initial Expert Disclosure | Date |
|---|---|
| Both Sides Served Initial Expert Disclosures | November 8, 2024 |
| Hartford Insurance Company of the Midwest's Rebuttal Expert Witnesses and Reports | December 18, 2024 |
| Plaintiff Leslie Bakke's Rebuttal Disclosure of Expert Witnesses | December 20, 2024 |
| Plaintiff's First Supplemental Disclosure of Documents and Witnesses Pursuant to FRCP 26(a)(1) | February 21, 2025 |

## II.

## DISCOVERY TO BE COMPLETED

1.    Plaintiff will take the deposition of the FRCP 30(b)(6) witness for Defendant.

2.    Plaintiff expects to take the depositions of at least four employees for Defendant that worked on the subject claim.

3.    Defendant will take the deposition of Plaintiff's medical expert, Dr. Oliveri.

4.    Defendant will take the deposition of Plaintiff's liability expert, Mr. Zalma.

5.    Defendant will take the deposition of Plaintiff's treating physicians.

6.    The parties will engage in additional written discovery and notice any additional depositions.

The parties anticipate that they may need to conduct other forms of discovery not specifically delineated herein on an as-needed basis. Therefore, the list outlined above is in no way intended to be a comprehensive list of the outstanding discovery that remains to be completed.

. . .

. . .

**III.**

**REASONS DISCOVERY WAS NOT COMPLETED WITHIN THE TIME LIMITS**
**AND NEEDS TO BE EXTENDED**

"[D]istrict courts . . . retain broad discretion to control their dockets . . . ." *Shahrokhi v. Harter*, No. 2:21-cv-01126-RFB-NJK, 2021 U.S. Dist. LEXIS 247936, at *4 (D. Nev. Dec. 30, 2021). To prevail on a request to extend discovery deadlines, the parties must establish good cause. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 608-09 (9th Cir. 1992). "Good cause to extend a discovery deadline exists if it cannot reasonably be met despite the diligence of the party seeking the extension." *Las Vegas Skydiving Adventures LLC v. Groupon, Inc.*, No. 2:18-cv-02342-APG-VCF, 2020 U.S. Dist. LEXIS 166073, at *6 (D. Nev. Sep. 10, 2020) (internal quotations omitted). For the reasons set forth below, the parties respectfully submit that good cause supports their request for an extension of the close of discovery, dispositive motions deadline and joint pretrial order deadline.

The parties scheduled a June 30th 2025 mediation in March of 2025. During the time period between March 2025 through June 2025, the parties postponed conducting expensive discovery (ie, expert depositions, etc.) until after the mediation with hopes of resolving the matter at the mediation without incurring additional significant discovery expenses this case entails. The Parties attended mediation on June 30, 2025. While the parties remain hopeful informal resolution is eventually achievable, the parties, having now gone through the mediation and informal resolution process, recognize that settlement may not be attainable at this time.

The extension requested herein allows the parties additional time to schedule and conduct the proposed depositions of fact witnesses, expert witnesses and treating physicians, of which there are at least eleven depositions to be held, as well as complete any other discovery deemed necessary. Moreover, Hartford's lead counsel, Darren Brenner, is moving to another firm effective the week August 18, 2025. It is expected that Mr. Brenner's new firm will be substituting as counsel. While Mr. Brenner is familiar with the case, the parties

have generally agreed to push deposition discovery into September in order to allow for the substitution a smooth transition while accommodating sensible scheduling. The parties acknowledged and mindful of this Court's instructions and intentions to keep discovery on a steady pace going forward. The parties respectfully submit that their cooperation and mutual desire to avoid expense of significant discovery until settlement could be explored, and the fact that Mr. Brenner is moving firms, are an appropriate reasons to grant the requested extension,

**IV.**

**PROPOSED SCHEDULE FOR COMPLETING DISCOVERY**

|  | **Current Date** | **Proposed Date** |
|---|---|---|
| Amend Pleadings and Add Parties: | Closed | Closed |
| Initial Expert Disclosures: | Completed | Completed |
| Rebuttal Expert Disclosures: | Completed | Completed |
| Close of Discovery: | September 29, 2025 | December 29, 2025 |
| Dispositive Motions | October 29, 2025 | January 28, 2026 |
| Joint Pretrial Order | December 1, 2025 | February 27, 2026 |

///
///
///
///
///
///
///
///
///
///
///

Based on the foregoing, the parties respectfully request this Court grant their Stipulation and Order to Extend the Close of Discovery, Dispositive Motions Deadline, and Joint Pretrial Order Deadline (Seventh Request).

DATED this 13th day of August, 2025.        DATED this 13th day of August, 2025.


/s/ David R. Sidran                         /s/ Darren T. Brenner
DAVID R. SIDRAN, ESQ.                       DARREN T. BRENNER, ESQ.
Nevada Bar No. 7517                         Nevada Bar No. 8387
SIDRAN LAW CORP                             WRIGHT, FINLAY & ZAK, LLP
7251 West Lake Mead Boulevard, #300         8337 West Sunset Rd., #220
Las Vegas, Nevada 89128                     Las Vegas, NV  89113
Attorney for Plaintiff, LESLIE R. BAKKE     Attorney for Defendant HARTFORD
                                            INSURANCE COMPANY OF THE
                                            MIDWEST

## ORDER

**IT IS SO ORDERED**; provided, however, no further extension of discovery will be granted.

Dated this 13th day of August, 2025.


_____
UNITED STATES MAGISTRATE JUDGE