DAVID R. SIDRAN, ESQ.
Nevada Bar No. 7517
SIDRAN LAW CORP
7251 West Lake Mead Boulevard, Suite 300
Las Vegas, Nevada 89128
Phone/Facsimile: (702) 551-2015
dsidran@sidranlaw.com
eservice@sidranlaw.com
*Attorney for Plaintiff, LESLIE R. BAKKE*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LESLIE R. BAKKE, an individual<br><br>Plaintiffs,<br>v.<br><br>HARTFORD INSURANCE COMPANY OF THE MIDWEST, Does 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-01098-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES FOR FILING RESPONSE AND REPLY BRIEFS RE: DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

WHEREAS, Defendant HARTFORD INSURANCE COMPANY OF THE MIDWEST ("Defendant") filed and served its Motion for Summary Judgment ("Motion") on June 1, 2026.

WHEREAS, the deadline for Plaintiff, LESLIE R. BAKKE ("Plaintiff") to file and serve her Response to the Motion ("Response") is Monday, June 22.

WHEREAS, due to the press of handling other matters, including three binding arbitrations, during the above-stated opposition period, as well as out-of-state travel, counsel for Plaintiff requested, and counsel for Defendant agreed to, extend Plaintiff's time to file her Response by seven (7) days to Monday, June 29, 2026.

WHEREAS, in consideration of the above extension of Plaintiff's deadline to file her Response, the parties further agreed that Defendant's time in which to file its Reply shall be extended commensurately from 14 days to 21 days after service of Plaintiff's Response.

Sidran Law Corp
7251 West Lake Mead Boulevard • Suite 300 • Las Vegas, Nevada 89128
PHONE • FACSIMILE (702) 551-2015
www.toschisidran.com

IT IS HEREBY STIPULATED by and between Defendant, HARTFORD INSURANCE COMPANY OF THE MIDWEST and Plaintiff, LESLIE R. BAKKE, by and through their respective attorneys of record, that the deadline for Plaintiff to file her Response to Defendant's Motion for Summary Judgment is extended to June 29, 2026 and that Defendant's deadline to file its Reply is extended to July 20, 2026.

**IT IS SO STIPULATED**.

DATED, this 22nd day of June, 2026          DATED, this 22nd day of June, 2026

By:    /s/ David R. Sidran                     By:    /s/ Darren T. Brenner

DAVID R. SIDRAN, ESQ.                        DARREN T. BRENNER
Nevada Bar No. 7517                          Nevada Bar No. 8386
SIDRAN LAW CORP                              JAMIE K. COMBS
7251 West Lake Mead Boulevard, Suite 300     Nevada Bar No. 13088
Las Vegas, Nevada 89128                      KLINEDINST PC
Phone/Facsimile: (702) 551-2015              5940 South Rainbow Blvd.
dsidran@sidranlaw.com                        Las Vegas, Nevada 89118
eservice@sidranlaw.com                       (702) 859-4000
Attorney for Plaintiff,                      dbrenner@klinedinstlaw.com
LESLIE R. BAKKE                              jcombs@klinedinstlaw.com
                                             Attorneys for Defendant,
                                             HARTFORD INSURANCE
                                             COMPANY OF THE MIDWEST

**IT IS SO ORDERED**.

DATED, this 23 day of June, 2026

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b) and Electronic Filing Procedure IV(B), I certify that on the 22nd day of June, 2026, a true and correct copy of the foregoing **STIPULATION [AND PROPOSED ORDER] TO EXTEND DEADLINES FOR FILING RESPONSE AND REPLY BRIEFS RE: DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** was transmitted electronically through the Court's CM/ECF system and served to the attorney(s) associated with this case as follows:

*Attorneys for Defendant, Hartford Insurance*
*Company of the Midwest*

DARREN T. BRENNER, ESQ.
dbrenner@klinedinstlaw.com
JAMIE K. COMBS, ESQ.
jcombs@klinedinstlaw.com
KLINEDINST Las Vegas
jvines@klinedinstlaw.com
nrozan@klinedinstlaw.com
evargas@klinedinstlaw.com
4730 South Fort Apache, Suite 230
Las Vegas, NV 89147

/s/ *Alecia Jaffe*
An employee SIDRAN LAW CORP

Sidran Law Corp
7251 West Lake Mead Boulevard ▪ Suite 300 ▪ Las Vegas, Nevada 89128
PHONE ▪ FACSIMILE (702) 551-2015
www.tp;schisidran.com

RE: Case 2:23-cv-01098-GMN-EJY Robert Hamblen et al v. Hartford Financial Services //
Plaintiff's request for extension of MSJ opposition deadline // 23639

From:  Jamie K. Combs (jcombs@klinedinstlaw.com)

To:    dsidran@sidranlaw.com

Cc:    ajaffe@sidranlaw.com; jvines@klinedinstlaw.com; alewis@sidranlaw.com; dbrenner@klinedinstlaw.com

Date:  Monday, June 22, 2026 at 11:08 AM MDT

Looks good, thanks.

**Jamie K. Combs**
Attorney
Sr. Counsel

Biography | Website | Locations



**Klinedinst Las Vegas**
4730 South Fort Apache, Suite 230
Las Vegas, NV 89147

(702) 859-4000 Phone

NOTICE: This e-mail (including any files transmitted with it) is being sent by a law firm. It is intended only for the individual or entity to which the sender intended to transmit it, and the email may contain information that is proprietary, privileged, or confidential. If you are not the intended recipient and you received this email in error, please promptly delete the email and refrain from any dissemination, distribution, or copying of the email. Please confirm the same with the sender of the email.

**From:** dsidran@sidranlaw.com <dsidran@sidranlaw.com>
**Sent:** Monday, June 22, 2026 9:53 AM
**To:** Jamie K. Combs <jcombs@klinedinstlaw.com>
**Cc:** 'ajaffe' <ajaffe@sidranlaw.com>; Jeannie E. Vines <jvines@klinedinstlaw.com>; 'alewis' <alewis@sidranlaw.com>; Darren T. Brenner <dbrenner@klinedinstlaw.com>
**Subject:** RE: Case 2:23-cv-01098-GMN-EJY Robert Hamblen et al v. Hartford Financial Services // Plaintiff's request for extension of MSJ opposition deadline // 23639

Warning - External Email

Here are the attachments that should have gone with my last email. The MS Word version with your changes accepted and a .pdf for filing.

I'll await your final confirmation.

And again, thank you. The professional courtesy will be reciprocated at the first opportunity.