Darren T. Brenner
Nevada Bar No. 8386
Jamie K. Combs
Nevada Bar No. 13088
4730 South Fort Apache Road, Suite 230
Las Vegas, Nevada 89147
(702) 859-4000
dbrenner@klinedinstlaw.com
jcombs@klinedinstlaw.com

*Attorneys for Defendant*
*Hartford Insurance Company of the Midwest*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT HAMBLEN, an individual, and LESLIE R. BAKKE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD INSURANCE COMPANY OF THE MIDWEST, Does 1 through 10, inclusive,<br><br>Defendant. | Case No. 2:23-cv-01098-GMN-EYJ<br><br>**STIPULATION AND ORDER TO WITHDRAW DEFENDANT'S MOTIONS IN LIMINE [ECF No. 68 and 69] WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Leslie R. Bakke, through her counsel of record, the law firm of Sidran Law Corp and Defendant Hartford Insurance Company of the Midwest ("Hartford"), through its counsel of record, the law firm of KLINEDINST PC, as follows:

WHEREAS, on June 23, 2026, Hartford filed two Motions in Limine, namely:

1.  Hartford's Motion in Limine to Exclude Testimony Regarding Causation (ECF No. 68); and

2.  Hartford's Motion in Limine to Exclude Expert Testimony of Barry Zalma (ECF No. 69).

WHEREAS, Hartford inadvertently filed the motions prematurely, prior to completing the meet-and-confer process required under the applicable local rules;

1

WHEREAS, the Parties wish to complete the meet-and-confer process before any motions in limine are presented for the Court's consideration;

WHEREAS, the Parties therefore agree that the above-referenced motions should be withdrawn at this time, without prejudice to Hartford's ability to refile appropriate motions in limine after the parties have completed the required meet-and-confer process pursuant to Local Rule 16.3(a);

NOW THEREFORE, the Parties stipulate and agree that Hartford's two Motions in Limine filed on June 23, 2026, ECF No. 68 and ECF No. 69, shall be withdrawn without prejudice, with leave for Hartford to refile them after the parties complete the required meet-and-confer process.

IT IS SO STIPULATED.

DATED this 24th  day of June, 2026.

/s/ *David R. Sidran*
DAVID R. SIDRAN, ESQ.
Nevada Bar No. 7517
SIDRAN LAW CORP
7251 West Lake Mead Boulevard, #300
Las Vegas, Nevada 89128
Attorney for Plaintiff,
LESLIE R. BAKKE

DATED this 24th  day of June, 2026.

/s/ *Jamie K. Combs*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
KLINEDINST PC
4730 South Fort Apache Road, Ste 230
Las Vegas, Nevada 89147
Attorneys for Defendant
HARTFORD INSURANCE COMPANY
OF THE MIDWEST

KLINEDINST PC
4730 SOUTH FORT APACHE ROAD, STE 230
LAS VEGAS, NV 89147

2

## ORDER

**IT IS SO ORDERED** that Defendant Hartford Insurance Company of the Midwest's Motions in Limine (ECF No. 68 and ECF No. 69] are WITHDRAWN WITHOUT PREJUDICE. Defendant may refile appropriate motions in limine after the Parties have completed the required meet-and-confer process and otherwise complied with Local Rule 16.3(a).

Dated this 24 day of June, 2026.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

KLINEDINST PC
4730 SOUTH FORT APACHE ROAD, STE 230
LAS VEGAS, NV 89147

3