DAVID R. SIDRAN, ESQ.
Nevada Bar No. 7517
SIDRAN LAW CORP
7251 West Lake Mead Boulevard, Suite 300
Las Vegas, Nevada 89128
Phone/Facsimile: (702) 551-2015
dsidran@sidranalaw.com
eservice@sidranlaw.com
*Attorney for Plaintiff, LESLIE R. BAKKE*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LESLIE R. BAKKE, an individual<br><br>Plaintiffs,<br>v.<br><br>HARTFORD INSURANCE COMPANY OF THE MIDWEST, Does 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-01098-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES FOR FILING RESPONSE AND REPLY BRIEFS RE: DEFENDANT'S MOTIONS IN LIMINE FILED AS DOCKET 76 AND DOCKET 77**<br>**(FIRST REQUEST)** |

WHEREAS, Defendant HARTFORD INSURANCE COMPANY OF THE MIDWEST ("Defendant") filed and served two Motions in Limine ("Motions") on July 7, 2026. The first motion entitled "Motion in Limine to Exclude Expert Testimony of Barry Zalma" filed as Docket 76 ("Docket 76 Motion"), and the second motion entitled "Motion in Limine to Exclude February 2018 Accident was Causally Connected to the June 2017 Accident" and filed as Docket 77 ("Docket 77 Motion"); and

WHEREAS, the deadline for Plaintiff, LESLIE R. BAKKE ("Plaintiff") to file and serve her Responses to both Docket 76 Motion and Docket 77 Motion ("Responses") is Monday, July 21, 2026; and

Sidran Law Corp
7251 West Lake Mead Boulevard • Suite 300 • Las Vegas, Nevada 89128
PHONE • FACSIMILE (702) 551-2015

WHEREAS, due to the press of handling other matters during the above-stated opposition period, including in person trials, in person depositions, as well as out-of-state travel, counsel for Plaintiff requested, and counsel for Defendant agreed to, extend Plaintiff's time to file her Responses to both the Docket 76 Motion and Docket 77 Motion by ten (10) days to Friday, July 31, 2026; and

WHEREAS, in consideration of the above extension of Plaintiff's deadline to file her Response, the parties further agreed that Defendant's time in which to file its Reply shall be extended commensurately from 14 days to 21 days after service of Plaintiff's Response.

IT IS HEREBY STIPULATED by and between Defendant, HARTFORD INSURANCE COMPANY OF THE MIDWEST and Plaintiff, LESLIE R. BAKKE, by and through their respective attorneys of record, that the deadline for Plaintiff to file her Response to Defendant's Motion in Limine to Exclude Expert Testimony of Barry Zalma, filed as Docket 76, is extended to July 31, 2026, and that Defendant's deadline to file its Reply is extended to August 21, 2026.

IT IS HEREBY FURTHER STIPULATED by and between Defendant, HARTFORD INSURANCE COMPANY OF THE MIDWEST and Plaintiff, LESLIE R. BAKKE, by and through their respective attorneys of record, that the deadline for Plaintiff to file her Response to Defendant's Motion in Limine to Exclude February 2018 Accident was Causally Connected to the June 2017 Accident, filed as Docket 77, is also extended to July 31, 2026, and that Defendant's deadline to file its Reply is similarly extended to August 21, 2026.

/ / /

Sidran Law Corp
7251 West Lake Mead Boulevard ▪ Suite 300 ▪ Las Vegas, Nevada 89128
PHONE ▪ FACSIMILE (702) 551-2015
www.toschisidran.com

Sidran Law Corp
7251 West Lake Mead Boulevard • Suite 300 • Las Vegas, Nevada 89128
PHONE • FACSIMILE (702) 551-2015
www.forsidran.com

**IT IS SO STIPULATED.**

DATED, this 17th day of July, 2026

By: /s/ David R. Sidran

DAVID R. SIDRAN, ESQ.
Nevada Bar No. 7517
SIDRAN LAW CORP
7251 West Lake Mead Boulevard, Suite 300
Las Vegas, Nevada 89128
Phone/Facsimile: (702) 551-2015
dsidran@sidranlaw.com
eservice@sidranlaw.com
Attorney for Plaintiff,
LESLIE R. BAKKE

DATED, this 20th day of July, 2026

By: /s/ Darren T. Brenner

DARREN T. BRENNER
Nevada Bar No. 8386
JAMIE K. COMBS
Nevada Bar No. 13088
KLINEDINST PC
5940 South Rainbow Blvd.
Las Vegas, Nevada 89118
(702) 859-4000
dbrenner@klinedinstlaw.com
jcombs@klinedinstlaw.com
Attorneys for Defendant,
HARTFORD INSURANCE
COMPANY OF THE MIDWEST

**ORDER**

**IT IS SO ORDERED.**

DATED, this 24 day of July, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

RE: Bakke v Hartford Insurance Co. /// Extension Request (SLC 23639)

From: Darren T. Brenner (dbrenner@klinedinstlaw.com)
To: alewis@sidranlaw.com; dsidran@sidranlaw.com
Cc: jcombs@klinedinstlaw.com; kmithkeaw@sidranlaw.com; ajaffe@sidranlaw.com
Date: Monday, July 20, 2026 at 04:47 PM MDT

Approved.

**Darren T. Brenner**
Attorney
Shareholder
Biography | Website | Locations

Klinedinst ATTORNEYS

**Klinedinst Nevada**
4730 South Fort Apache Road, Ste 230
Las Vegas, NV 89147

(702) 859-4000 Phone
(702) 725-2958 Direct
(702) 756-9904 Mobile

NOTICE: This e-mail (including any files transmitted with it) is being sent by a law firm. It is intended only for the individual or entity to which the sender intended to transmit it, and the email may contain information that is proprietary, privileged, or confidential. If you are not the intended recipient and you received this email in error, please promptly delete the email and refrain from any dissemination, distribution, or copying of the email. Please confirm the same with the sender of the email.

**From:** alewis . <alewis@sidranlaw.com>
**Sent:** Monday, July 20, 2026 2:27 PM
**To:** dsidran@sidranlaw.com; Darren T. Brenner <dbrenner@klinedinstlaw.com>
**Cc:** Jamie K. Combs <jcombs@klinedinstlaw.com>; Kmithkeaw <kmithkeaw@sidranlaw.com>; Ajaffe <ajaffe@sidranlaw.com>
**Subject:** Re: Bakke v Hartford Insurance Co. /// Extension Request (SLC 23639)

Warning - External Email

Good afternoon,

Attached is the stipulation with the revision.

Please let us know if you will authorize our office to sign on your behalf using '/s/ Darren T. Brenner.'

Sincerely,

**J. Angel Lewis**
**Associate Attorney**
**SIDRAN LAW CORP**
P: (925) 529-1350 x702
E: alewis@sidranlaw.com
W: www.sidranlaw.com

On Friday, July 17, 2026 at 07:47:27 PM PDT, Darren T. Brenner <dbrenner@klinedinstlaw.com> wrote:

Looks good. I would put "(first request)" in the caption under the title. I believe that is per local rule.

Sent from my iPhone

Sidran Law Corp
7251 West Lake Mead Boulevard • Suite 300 • Las Vegas, Nevada 89128
PHONE • FACSIMILE (702) 551-2015
www.toschisidran.com

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and Electronic Filing Procedure IV(B), I certify that on the 20th day of July, 2026, a true and correct copy of the foregoing **STIPULATION [AND PROPOSED ORDER] TO EXTEND DEADLINES FOR FILING RESPONSE AND REPLY BRIEFS RE: DEFENDANT'S MOTIONS IN LIMINE FILED AS DOCKET 76 AND DOCKET 77 (FIRST REQUEST)** was transmitted electronically through the Court's CM/ECF system and served to the attorney(s) associated with this case as follows:

Served via email to:
Attorneys for Defendant, Hartford Insurance
Company of the Midwest
DARREN T. BRENNER, ESQ.
dbrenner@klinedinstlaw.com
JAMIE K. COMBS, ESQ.
jcombs@klinedinstlaw.com
KLINEDINST Las Vegas
jvines@klinedinstlaw.com
nrozan@klinedinstlaw.com
evargas@klinedinstlaw.com
4730 South Fort Apache, Suite 230
Las Vegas, NV 89147

/s/ *Alecia Jaffe*
An employee SIDRAN LAW CORP