DAVID R. SIDRAN, ESQ.
Nevada Bar No. 7517
SIDRAN LAW CORP
7251 West Lake Mead Boulevard, Suite 300
Las Vegas, Nevada 89128
Phone/Facsimile: (702) 551-2015
dsidran@sidranalaw.com
eservice@sidranlaw.com
*Attorney for Plaintiff, LESLIE R. BAKKE*

Sidran Law Corp
7251 West Lake Mead Boulevard ▪ Suite 300 ▪ Las Vegas, Nevada 89128
PHONE ▪ FACSIMILE (702) 551-2015
www.toschisidran.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LESLIE R. BAKKE, an individual<br><br>Plaintiffs,<br>v.<br><br>HARTFORD INSURANCE COMPANY OF THE MIDWEST, Does 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-01098-GMN-EJY<br><br>**STIPULATION AND PROPOSED ORDER GRANTING DEFENDANT'S MOTION IN LIMINE TO EXCLUDE TESTIMONY THAT THE FEBRUARY 2018 ACCIDENT WAS CAUSALLY CONNECTED TO THE JUNE 2017 ACCIDENT [ECF No. 77]** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Leslie R. Bakke, through her counsel of record, the law firm of Sidran Law Corp and Defendant Hartford Insurance Company of the Midwest ("Hartford"), through its counsel of record, the law firm of KLINEDINST PC, as follows:

WHEREAS, the parties reached a settlement of this matter on September 24, 2026;

WHEREAS, any and all Medicare, medical, health insurance and/or healthcare provider liens must be paid by Plaintiff out of the settlement proceeds;

WHEREAS, it will assist Plaintiff, Medicare, health insurers and healthcare

Sidran Law Corp
7251 West Lake Mead Boulevard ▪ Suite 300 ▪ Las Vegas, Nevada 89128
PHONE ▪ FACSIMILE (702) 551-2015
www.foschisidran.com

providers to have an understanding of which accident(s) and/or healthcare services are attributable to the uninsured motorist accident which is the subject of this lawsuit and which has now been settled;

WHEREAS on July 07, 2026, Hartford filed Moton in Limine (ECF No. 77) seeking to exclude evidence that the Plaintiff's February 01, 2018 had a causal relationship to the uninsured motorist claim at issue in this lawsuit arising from the June 6, 2017 hit and run motor vehicle collision; and

WHEREAS Plaintiff's medical expert Dr. Oliveri testified under oath at his deposition that there is no causal connection between the February 1, 2018 and June 6, 2017 accidents; and

WHEREAS the granting of said Motion in Limine was inevitable based on the lack of expert testimony supporting a causal link between the two accidents.

IT IS HEREBY STIPULATED by and between Defendant, HARTFORD INSURANCE COMPANY OF THE MIDWEST and Plaintiff, LESLIE R. BAKKE, by and through their respective attorneys of record, that Defendant's Motion in Limine shall be GRANTED.

IT IS HEREBY FURTHER STIPULATED by and between Defendant, HARTFORD INSURANCE COMPANY OF THE MIDWEST and Plaintiff, LESLIE R. BAKKE, by and through their respective attorneys of record, that no evidence or argument shall be allowed at trial to the effect that Defendant has any legal responsibility for the February 1, 2018 accident in this action, and that the February 1, 2018 accident and healthcare treatment received by

Plaintiff related thereto are not causally connected to the uninsured motorist claim which is the subject of this lawsuit and which has now been settled by the parties.

**IT IS SO STIPULATED.**

DATED, this 25th day of September, 2026

By: /s/ David R. Sidran

DAVID R. SIDRAN, ESQ.
Nevada Bar No. 7517
SIDRAN LAW CORP
7251 West Lake Mead Boulevard, Suite 300
Las Vegas, Nevada 89128
Phone/Facsimile: (702) 551-2015
dsidran@sidranlaw.com
eservice@sidranlaw.com
Attorney for Plaintiff,
LESLIE R. BAKKE

DATED, this 25th day of September, 2026

By: /s/ Darren T. Brenner

DARREN T. BRENNER
Nevada Bar No. 8386
JAMIE K. COMBS
Nevada Bar No. 13088
KLINEDINST PC
4730 South Fort Apache Road, Ste 230
Las Vegas, Nevada 89147
(702) 859-4000
dbrenner@klinedinstlaw.com
jcombs@klinedinstlaw.com
Attorneys for Defendant,
HARTFORD INSURANCE
COMPANY OF THE MIDWEST

**ORDER**

**IT IS SO ORDERED.**

DATED, this 8 day of October, 2026.

Gloria M. Navarro, United States District Judge
UNITED STATES DISTRICT COURT

Sidran Law Corp
7251 West Lake Mead Boulevard • Suite 300 • Las Vegas, Nevada 89128
PHONE • FACSIMILE (702) 551-2015

RE: Bakke v. Hartford - Settlement

From: Darren T. Brenner (dbrenner@klinedinstlaw.com)

To: dsidran@sidranlaw.com

Cc: ajaffe@sidranlaw.com; nrozan@klinedinstlaw.com; evargas@klinedinstlaw.com; alewis@sidranlaw.com

Date: Friday, September 25, 2026 at 04:47 PM MDT

Looks good to me. Okay to file.

**Darren T. Brenner**
Shareholder
Biography | Website | Locations

Klinedinst ATTORNEYS

**Klinedinst Nevada**
4730 South Fort Apache Road, Ste 230
Las Vegas, NV 89147

(702) 859-4000 Phone
(702) 725-2958 Direct
(702) 756-9904 Mobile

NOTICE: This e-mail (including any files transmitted with it) is being sent by a law firm. It is intended only for the individual or entity to which the sender intended to transmit it, and the email may contain information that is proprietary, privileged, or confidential. If you are not the intended recipient and you received this email in error, please promptly delete the email and refrain from any dissemination, distribution, or copying of the email. Please confirm the same with the sender of the email.

**From:** dsidran@sidranlaw.com <dsidran@sidranlaw.com>
**Sent:** Friday, September 25, 2026 3:41 PM
**To:** Darren T. Brenner <dbrenner@klinedinstlaw.com>
**Cc:** 'Ajaffe' <ajaffe@sidranlaw.com>; Nancy E. Rozan <nrozan@klinedinstlaw.com>; Liz Vargas <evargas@klinedinstlaw.com>; 'alewis .' <alewis@sidranlaw.com>
**Subject:** RE: Bakke v. Hartford - Settlement

Warning - External Email

That's an excellent suggestion. Please see the revised version attached.

SLC

**DAVID R. SIDRAN**

Managing Partner
**SIDRAN LAW CORP**
P: 877.474.3726 x1
W: www.sidranlaw.com E: dsidran@sidranlaw.com

Sidran Law Corp
7251 West Lake Mead Boulevard ▪ Suite 300 ▪ Las Vegas, Nevada 89128
PHONE ▪ FACSIMILE (702) 551-2015
www.foschisidran.com

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b) and Electronic Filing Procedure IV(B), I certify that on the 28th day of September, 2026, a true and correct copy of the foregoing **STIPULATION [AND PROPOSED ORDER] GRANTING DEFENDANT'S MOTION IN LIMINE TO EXCLUDE TESTIMONY THAT THE FEBRUARY 2018 ACCIDENT WAS CAUSALLY CONNECTED TO THE JUNE 2017 ACCIDENT [ECF No. 77]** was transmitted electronically through the Court's CM/ECF system and served to the attorney(s) associated with this case as follows:

Served via email to:
Attorneys for Defendant, Hartford Insurance Company of the Midwest
DARREN T. BRENNER, ESQ.
dbrenner@klinedinstlaw.com
JAMIE K. COMBS, ESQ.
jcombs@klinedinstlaw.com
KLINEDINST Las Vegas
jvines@klinedinstlaw.com
nrozan@klinedinstlaw.com
evargas@klinedinstlaw.com
4730 South Fort Apache, Suite 230
Las Vegas, NV 89147

/s/ *Alecia Jaffe*
An employee SIDRAN LAW CORP