Darren T. Brenner
Nevada Bar No. 8386
Jamie K. Combs
Nevada Bar No. 13088
4730 South Fort Apache Road, Suite 230
Las Vegas, Nevada 89147
(702) 859-4000
dbrenner@klinedinstlaw.com
jcombs@klinedinstlaw.com

*Attorneys for Defendant*
*Hartford Insurance Company of the Midwest*

KLINEDINST PC
4730 SOUTH FORT APACHE RAOD, SUITE 230
LAS VEGAS, NEVADA 89147

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT HAMBLEN, an individual, and LESLIE R. BAKKE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD INSURANCE COMPANY OF THE MIDWEST, Does 1 through 10, inclusive,<br><br>Defendant. | Case No. 2:23-cv-01098-GMN-EYJ<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Leslie R. Bakke, through her counsel of record, the law firm of Sidran Law Corp and Defendant Hartford Insurance Company of the Midwest ("Hartford"), through its counsel of record, the law firm of KLINEDINST PC, that:

1. The above-captioned action, including all claims and causes of action asserted herein by Plaintiffs against Defendant Hartford Insurance Company of the Midwest, are hereby dismissed with prejudice; and

2. Each party shall bear its own attorneys' fees, costs, and expenses incurred in connection with this litigation; and

3. All pending motions—including Defendant's Motion for Summary Judgment (ECF No. 62) and Defendant's Motion in Limine to Exclude the Expert Testimony of Barry Zalma (ECF No. 76)—as well as all scheduled hearings, conferences, and pretrial deadlines, are hereby withdrawn and vacated as moot. IT IS SO STIPULATED.

DATED this 9th day of November, 2026.

/s/ *David R. Sidran*
DAVID R. SIDRAN, ESQ.
Nevada Bar No. 7517
SIDRAN LAW CORP
7251 West Lake Mead Boulevard, #300
Las Vegas, Nevada 89128
Attorney for Plaintiff,
LESLIE R. BAKKE

DATED this 9th day of November, 2026.

/s/ *Jamie K. Combs*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
KLINEDINST PC
4730 South Fort Apache Road, Ste 230
Las Vegas, Nevada 89147
Attorneys for Defendant
HARTFORD INSURANCE COMPANY
OF THE MIDWEST

**ORDER**

Pursuant to the foregoing Stipulation of the parties, and good cause appearing:

IT IS HEREBY ORDERED that the above-entitled action is DISMISSED WITH PREJUDICE in its entirety, with each party to bear its own attorneys' fees and costs.

IT IS FURTHER ORDERED that all pending motions, hearings, and deadlines are hereby VACATED as moot, and the Clerk of the Court is directed to close this case.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

KLINEDINST PC
4730 SOUTH FORT APACHE ROAD, STE 230
LAS VEGAS, NV 89147

KLINEDINST PC
4730 SOUTH FORT APACHE ROAD, STE 230
LAS VEGAS, NV 89147

**CERTIFICATE OF SERVICE**

I hereby certify that on the date below, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

DATED this 9th day of November, 2026.

*/s/ Jeannie E. Vines*
Jeannie E. Vines
An Employee of KLINEDINST PC

31562523.1